UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 06-CR-20025-002** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **LEROY STEVENSON** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Through authority granted to it by 18 U.S.C. § 3401(i), the undersigned was designated by the district judge to conduct a hearing on the Petition for Warrant or Summons for Offender Under Supervision (Doc. 72) and to thereafter issue proposed findings of fact and recommendations for modification, revocation, or termination of supervision to the district judge and further to recommend disposition om accordance with those findings under 18 U.S.C. § 3583(e). In furtherance of the mandate a hearing was held April 21, 2016.

At hearing the defendant admitted the allegations of the petition, namely that he did unlawfully use controlled substances on five separate occasions during the period of his supervision. Following his admission in an allocution on the record defendant suggested that he is currently employed on a full-time basis, has reengaged in substance abuse counseling, and has had no positive drug screens since February. He asked that he not be incarcerated so that he might have the opportunity to work, support his children, and participate in substance abuse treatment.

Given the admission of the defendant it is clear that defendant has violated the terms of his supervision. Nevertheless and in light of the representations made by the defendant to the court,

it is recommended to the district judge that she not revoke the defendant's supervision and that he be allowed to continue on supervision under his current conditions.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) the parties have fourteen (14) days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling. Defendant will remain on his current supervision pending final disposition by the federal judge.

THUS DONE AND SIGNED in Chambers this 22nd day of April, 2016.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE